■ ANN VENUTI, Appellant, v VOISINS OF NEWBURGH, INC., et al., Respondents. [817 NYS2d 509]—In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Orange County (Owen, J.), dated January 14, 2005, which granted the defendants' respective motions for summary judgment dismissing the complaint insofar as asserted against them.

Ordered that the order is affirmed, with one bill of costs.

In support of their respective motions for summary judgment dismissing the complaint insofar as asserted against them, the defendants met their prima facie burden of establishing their entitlement to judgment as a matter of law. In opposition, the plaintiff failed to raise a triable issue of fact (see *Zuckerman v City of New York,* 49 NY2d 557, 562 [1980]). Florio, J.P., Santucci, Rivera and Fisher, JJ., concur.